[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

**FILED**

**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**May 25, 2005**
**THOMAS  K. KAHN**
**CLERK**

No. 04-12271
Non-Argument Calendar

_____

D.C. Docket No. 03-00064-CR-1-DHB


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DERRICK MALCOM MORGAN,
a.k.a. Derrick Malcolm Morgan,
a.k.a. Wayne Morgan, etc.,

Defendant-Appellant.


_____

Appeal from the United States District Court for the
Southern District of Georgia

_____

**(May 25, 2005)**

Before HULL, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Percy J. Blount, appointed counsel for Derrick Malcolm Morgan , in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Morgan's conviction and sentence are **AFFIRMED.**